```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 22223
    FREDERICK Y ANDERSON
    ELISE R ANDERSON                          CHAPTER 13

                                              JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-7706    SSN XXX-XX-2809
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/03/05 and confirmed on 08/17/05.

2. The case was converted to Chapter 7 after confirmation, 06/30/2008.

3. The Debtor paid a total of $ 28150.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LINCOLNWAY MANAGEMENT | NOTICE ONLY | NOT FILED | .00 | .00 |
| MONTEREY VILLAGE HOA | SECURED | 1562.69 | .00 | 1562.69 |
| MORTGAGE CLEARING CORP | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE CLEARING CORP | MORTGAGE ARRE | 2622.06 | .00 | 2622.06 |
| RESURGENT CAPITAL SERVIC | SECURED | 10000.00 | 928.11 | 10000.00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ADLER & ADLER | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1012.10 | .00 | 171.16 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1887.91 | .00 | 319.29 |
| ASSET ACCEPTANCE CORP | UNSECURED | 274.87 | .00 | 46.48 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1195.64 | .00 | 202.21 |
| BAKER MILLER MARKOFF KRA | UNSECURED | NOT FILED | .00 | .00 |
| BALLY TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| BALLY TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | 235.00 | .00 | 39.74 |
| CAINE & WEINER | UNSECURED | NOT FILED | .00 | .00 |
| CB USA INC | UNSECURED | 4025.38 | .00 | 680.77 |
| CB USA INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CHECK PROTECTION SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO MUNICIPAL EMPLOY | SECURED | 648.41 | .00 | 648.41 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEBT RECOVERY SOLUTIONS | UNSECURED | 36.86 | .00 | 6.24 |

```
DEVRY INC                    UNSECURED         3535.27           .00        597.89
DIRECT TV                    UNSECURED        NOT FILED          .00           .00
DISCOVER BANK                UNSECURED         2759.34           .00        466.66
DE ORE & RG TESTA MD         UNSECURED        NOT FILED          .00           .00
DUPAGE EMERGENCY PHYSICI     UNSECURED        NOT FILED          .00           .00
ECONOMY FURNTURE             UNSECURED         1524.71           .00        257.86
FCI                          UNSECURED        NOT FILED          .00           .00
FIRST PREMIER BANK           UNSECURED        NOT FILED          .00           .00
FREEDMAN ANSELMO LINGBER     UNSECURED        NOT FILED          .00           .00
FREEDMAN ANSELMO LINGBER     UNSECURED        NOT FILED          .00           .00
GENESIS FINANCIAL SOLUTI     UNSECURED        NOT FILED          .00           .00
GLOBAL PAYMENTS              UNSECURED        NOT FILED          .00           .00
ILL STATE TOLL HIWAY AUT     UNSECURED         1856.00           .00        313.89
HARVARD COLLECTION SERVI     UNSECURED        NOT FILED          .00           .00
JEWEL FOOD STORES INC        UNSECURED          198.81           .00         33.62
HOLLOWAY CREDIT SOLUTION     UNSECURED        NOT FILED          .00           .00
HOUGHTON MIFFLIN             UNSECURED        NOT FILED          .00           .00
ICS INC                      UNSECURED        NOT FILED          .00           .00
JOHNSON AND ASSOCIATES       UNSECURED        NOT FILED          .00           .00
KEYNOTE SALES INC            UNSECURED        NOT FILED          .00           .00
JOHN TORRES                  UNSECURED        NOT FILED          .00           .00
MERCHANTS CREDIT GUIDE       UNSECURED        NOT FILED          .00           .00
MONEY CONTROL                UNSECURED        NOT FILED          .00           .00
NCO FINANCIAL SRV            UNSECURED        NOT FILED          .00           .00
NCO FINANCIAL SRV            UNSECURED        NOT FILED          .00           .00
NCO FINANCIAL SRV            UNSECURED        NOT FILED          .00           .00
NICOR GAS                    UNSECURED         1745.06           .00        295.13
NICOR GAS                    UNSECURED        NOT FILED          .00           .00
NORTH SHORE AGENCY           UNSECURED        NOT FILED          .00           .00
PLANTATION RESORT            UNSECURED        NOT FILED          .00           .00
PROFESSIONAL CREDIT SERV     UNSECURED        NOT FILED          .00           .00
RADIOLOGY & ASSOC            UNSECURED        NOT FILED          .00           .00
RX AQUISITIONS               UNSECURED        NOT FILED          .00           .00
RX AQUISITIONS               UNSECURED        NOT FILED          .00           .00
SMC                          UNSECURED         1848.97           .00        312.70
SALLIE MAE GUARANTEE SER     UNSECURED         3878.63           .00        655.96
SHERWIN WILLIAMS EMPLOYE     UNSECURED        NOT FILED          .00           .00
------------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------------
SPECIALIZED CARD SERVICE     UNSECURED        NOT FILED          .00           .00
SPIEGEL                      UNSECURED        NOT FILED          .00           .00
SUPERIOR ASSET MANAGEMEN     UNSECURED        NOT FILED          .00           .00
GREAT AMERICAN FINANCE       SECURED            700.00           .00        700.00
THE CHICAGO DEPT OF REVE     UNSECURED        NOT FILED          .00           .00
COMED                        UNSECURED        NOT FILED          .00           .00
ROBERT J ADAMS & ASSOC       REIMBURSEMENT      210.00           .00        210.00
CREAT AMERICAN FINANCE       UNSECURED           49.30           .00          8.34
RESURGENT CAPITAL SERVIC     UNSECURED         8420.18           .00       1424.02
ASSET ACCEPTANCE CORP        UNSECURED          555.17           .00         93.90
MORTGAGE CLEARING CORP       SECURED              .00            .00           .00
      Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  15533.16     210.00    35039.20         .00     50782.36
PRINCIPAL PAID      15533.16     210.00     5925.86         .00     21669.02
INTEREST PAID         928.11        .00         .00         .00       928.11
TOTAL PAID          16461.27     210.00     5925.86         .00     22597.13
```

The Debtor's attorney, ROBERT J ADAMS & ASSOC, was allowed $ 3945.00 and was paid $ 3945.00 .

The Trustee received $ 1157.87 .

Refunds to the Debtor totaled $ 450.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 09/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




PAGE 3
CASE NO. 05 B 22223 FREDERICK Y ANDERSON & ELISE R ANDERSON